Donald Sobelman, Esq. (SBN 184028)
Christopher Rendall-Jackson, Esq. (SBN 288933)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email: dsobelman@fbm.com
Email: crendall-jackson@fbm.com

Attorneys for Plaintiffs EL MACERO
PARTNERS, LLC, a California limited
liability company, and FAIR PLAZA II,
LTD., a California limited partnership

Diane G. Kindermann Henderson, Esq. (SBN 144426)
Glen C. Hansen, Esq. (SBN 166923)
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:  (916) 456-9595
Facsimile:  (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com

Attorneys for Defendants BYONG HYON
SON, MYONG HEE SON and EL
MACERO CLEANERS, INC., a California
corporation

Brett H. Oberst, Esq. (SBN: 196219)
DOLL AMIR & ELEY LLP
725 S. Figueroa Street, Suite 3275
Los Angeles, CA 90017
Telephone:  (213) 542-3380
Facsimile:  (213) 542-3163
Email: boberst@dollamir.com

Attorneys for Defendant AMERICAN
GENERAL LIFE INSURANCE Company,
a Texas corporation

Edward R. Hugo, Esq. (SBN: 124839)
Christina M. Glezakos, Esq. (SBN: 229928)
HUGO PARKER, LLP
240 Stockton Street, Floor 8
San Francisco, CA 94108-5325
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: ehugo@hugoparker.com

Attorney for TIG Group, on behalf of Defendant
ESTATE OF WILLIAM R. SUTTON, DECEASED,
sued herein pursuant to California Probate Code sections
550 through 555

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

40014\15257017.2

Kenneth R. Stone, Esq. (SBN: 67717)
HEFNER STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127
Email: kstone@hsmlaw.com

Attorneys for DAWNA F. SUTTON, Individually and as General Partner of CAL-WEST SUTTON, a California general partnership; DAWNA F. SUTTON, As Successor Trustee of The Sutton Family Revocable Trust Dated October 6, 1997; DAWNA F. SUTTON, as Trustee of The William R. Sutton Bypass Trust; DAWNA F. SUTTON, as Trustee of The Dawna F. Sutton Survivor's Trust; and TROUBLEFREE, LLC, a California limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL MACERO PARTNERS, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTATE OF WILLIAM R. SUTTON, et al.,<br><br>Defendants. | Case No.: 2:18-cv-01090-MCE-DB<br><br>**STIPULATION AND REQUEST FOR LEAVE OF COURT TO EXTEND THE STAY OF DISCOVERY AND TIME FOR FILING ANSWERS, CROSS-CLAIMS AND/OR COUNTERCLAIMS FOR AN ADDITIONAL ONE YEAR PERIOD AND FOR MODIFICATION OF THE COURT'S FEBRUARY 17, 2022 ORDER; AND ORDER** |

The Parties hereto, by and through their attorneys of record, hereby stipulate to the following facts in support of a joint request for leave of Court to extend for an additional one year period the deadlines set forth in the Court's February 17, 2022 Order (filed February 18, 2022; ECF No. 56) regarding discovery and time for filing answers, crossclaims and/or counterclaims, and for modification of the Court's February 17, 2022 Order as follows:

I.   **STATUS OF THE ACTION**

A.   Plaintiffs EL MACERO PARTNERS, LLC, a California limited liability company, and FAIR PLAZA II, LTD., a California limited partnership, filed their Complaint herein on or about April 3, 2018. Thereafter, on or about August 21, 2018, Plaintiffs filed their First Amended Complaint ("FAC"), adding Defendant B.C. TILE II, INC. DBA COTTONWOOD CLEANERS AND EL MACERO CLEANERS ("B.C. Tile II, Inc.");

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

2

40014\15257017.2

B.  The following Defendants have filed their Answers to Plaintiffs' FAC:

    1. DAWNA F. SUTTON; individually and as General Partner of CAL-WEST SUTTON, a California general partnership; DAWNA F. SUTTON, as Successor Trustee of The Sutton Family Revocable Trust Dated October 6, 1997; DAWNA F. SUTTON, as Trustee of The William R. Sutton Bypass Trust; DAWNA F. SUTTON, as Trustee of The Dawna F. Sutton Survivor's Trust; CAL-WEST SUTTON, a California general partnership, and TROUBLEFREE, LLC, a California limited liability company (the "Sutton-Related Defendants"); and

    2. BYONG HYON SON and MYONG HEE SON, individually and doing business as EL MACERO CLEANERS and Defendant EL MACERO CLEANERS, INC. a California corporation (the "El Macero, Inc.-Related Defendants");

C.  Defendant AMERICAN GENERAL, the alleged successor-in-interest to California-Western States Life Insurance Company, and TIG Group, on behalf of Defendant the ESTATE OF WILLIAM R. SUTTON, Deceased, has yet to file a response to the FAC. In accordance with the Court's February 17, 2022 Order its response is currently due to be filed on or before March 13, 2023;

D.  The following Defendants have had defaults entered against them, as indicated:

    1. The default of Defendant CHANG SIK CHOI was entered by the Clerk of the Court as to the First Amended Complaint on February 28, 2020;

    2. The default of Defendant B. C. Tile II, Inc. was entered by the Clerk of the Court as to the First Amended Complaint on December 4, 2018;

E.  Plaintiffs have been unable to locate a personal representative for Defendant ESTATE OF SANG-EUI SIM, DECEASED or insurance carrier(s) for Mr. Sim, but Plaintiffs are continuing in their efforts to do so; and

F.  Formal discovery to date has been limited to Plaintiffs' service of the Subpoenas (for production of documents) on InterWest Insurance and Nationwide Insurance and the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

3

40014\15257017.2

deposition of Bill Williams, an individual formerly employed by the Sutton Defendants as a handyman at the El Macero Shopping Center.

## II.  SHOWING OF GOOD CAUSE

A.  In or about April 2017, Plaintiffs commenced an investigation of PCE contamination at the El Macero Cleaners, which occupies Suites F and G at the El Macero Shopping Center, a commercial shopping center owned by Plaintiffs and located at 417 Mace Boulevard, City of Davis, California (the "Site") and have incurred and will continue to incur response costs related to such investigation and remediation of the contamination.  As is set forth below in greater detail, the investigation and remediation efforts by Risk-Based Decisions, Inc. ("RBDI"), Plaintiffs' environmental consultant, has experienced delays.  However, based on recent conversations between RBDI and the lead regulatory oversight agency, the Central Valley Regional Water Quality Control Board ("Water Board"), RBDI and Plaintiffs submitted a request for regulatory site closure (i.e., "no further action" status) on January 31, 2023, which could be approved by the Water Board in the Third Quarter of 2023.

B.  Originally, RBDI projected that, as an interim remedial measure, a Soil Vapor Extraction ("SVE") system consisting of, among other things, three shallow-screened SVE wells (SE-1a, 2a and 3a) and three deep-screened SVE wells (SVE 1b, 2b and 3b), would be installed and operational by approximately the summer of 2018 and would operate through the summer of 2020.  However, due to an unforeseen delay in obtaining a construction permit from the Yolo County Air District, the system was not activated until January 2019.

C.  From and after the January 2019 start up, the SVE system has not been fully operational.

1.  During the First, Third and Fourth Quarters 2019, only shallow SVE wells SVE-1a, SVE-2a, and SVE-3a were operational.  The remaining wells, SVE-1b, SVE-2b and SVE-3b were off due to the rising water table which covered their well screens.  In the Second Quarter 2019 the system was off because water table had risen so much that the system would not operate without excessive water production.  The SVE system was restarted in August 2019 with SVE-1a, SVE-2a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

4

40014\15257017.2

and SVE-3a operating and continued with those three wells through the First Quarter of 2020. The remaining wells, SVE-1b, SVE-2b, and SVE-3b were off due to groundwater flooding their well screens.

2. SVE-1a was turned off at the end of the First Quarter of 2020 as it had only 48 μg/m3 PCE, which is below the current commercial environmental screening level of 67 ug/m3, when tested in January 2020. With the decrease in water levels during the summer of 2020, SVE-2b and SVE-3b were turned on in July. In August 2020, all three deep SVE wells (SVE-1b through SVE-3b) were turned on, along with SVE-3a. These remained on until late December 2020 when water levels again rose, flooding well screens in the deep wells. SVE-2a and 3a operated from December 2020 until February 2021.

3. The water levels dropped by February 2021, due to a second dry winter in succession. As a result, SVE-2b and SVE-3b were turned on, SVE-2a was turned off, and the SVE-3a valve was opened slightly. This system status continued through the Second Quarter of 2021. SVE-3a and SVE-3b were on for most of the Third Quarter of 2021, with SVE-2b activated late in the quarter. During the Fourth Quarter of 2021, SVE-3a was partly open and SVE-3b was fully open, and the system was non-operational for eight days due to mechanical problems.

D. In 2020, in light of these challenges with the SVE system, and in an effort to expedite completion of the cleanup, RBDI recommended adding additional vapor extraction wells to the SVE system and injecting potassium permanganate into the existing SVE wells in order to break down the PCE near those areas.

E. In 2021, following further analysis and discussions with the Water Board, RBDI determined that it may be feasible to achieve regulatory site closure without undertaking additional vapor extraction or injections. As such, RBDI proposed, and the Water Board approved, indoor air sampling at the Site, to assess the current and potential future impact of residual contamination on human health. That sampling, conducted in September 2021 and December 2021, found that levels of contaminants were either non-detect or below the relevant

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

5

40014\15257017.2

Human Health Screening Level for Indoor Air, as set by the California Department of Toxic Substances Control.

F. In 2022, based on further discussions with the Water Board in December 2021, RBDI implemented a plan to address all items identified by the Water Board as necessary to support a request for regulatory site closure. That plan included:

1. Completion of an additional round of indoor air sampling, during First Quarter 2022.
2. Completion of three rounds of SVE system sampling, during First through Third Quarters 2022.
3. Completion of four rounds of groundwater sampling, during First through Fourth Quarters 2022.
4. A "rebound" test starting in December 2022. This involves shutting down the SVE system for four months (through March 2023) and then further sampling indoor air in April 2023, to evaluate whether indoor air contaminant levels are likely to increase if the SVE system were permanently deactivated.
5. RBDI meeting with the Water Board in October 2022, to discuss the data and the eligibility of the site for regulatory closure.

G. On January 31, 2023, and pending completion of the April 2023 post-rebound indoor air monitoring, RBDI submitted a Site Closure Request to the Water Board. If, based on that Site Closure Request and the April 2023 monitoring results, the Water Board concurs that closure is appropriate, RBDI will work with the Water Board to obtain Water Board approval of closure and issuance of a "no further action" determination in Third Quarter 2023.

H. In view of the much more extended period of delay than the Parties had originally anticipated, the result of which is the absence of meaningful information regarding the extent of Plaintiffs' damages on which to rely for purposes of discussing settlement, much less complete discovery, the Parties hereto have jointly agreed to propose an additional one-year extension of the existing stay. Such an extension would allow for a reliable determination of total response costs at

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

6

40014\15257017.2

issue, which would facilitate discussion of the possibility of resolution of this matter through informal means and/or through the services of an independent, third-party mediator, in an effort to preserve judicial resources and avoid incurring further and possibly unnecessary litigation costs.

## III. STIPULATION

NOW, THEREFORE, it is hereby stipulated by and between the Parties hereto, by and through their respective counsel, that, subject to the Court's approval:

1. There shall be a one-year extension of the existing deadlines set forth in the Court's February 27, 2022 Order in this matter of all non-expert written discovery, including interrogatories, requests for admission and, except as set forth herein below in Paragraph 2, document requests; all Party depositions; all expert witness discovery, including expert witness disclosure, exchange of reports and the taking of expert depositions;

2. During the above-described one-year extension period, the Parties shall have the ability to subpoena third-party documents;

3. There shall be a one-year extension of the date for responding to the FAC, including bringing cross-claims and/or counterclaims by all Parties, and any responses, cross-claims, and/or counterclaims shall be served and filed within 14 days following the expiration of the one-year extension period;

4. There shall be a one-year extension of the current date for completion of all non-expert discovery, which date is currently calculated as October 26, 2023. This extension shall have the effect of also extending all other dates in the Court's February 27, 2022 Order, including, but not limited to, designation of expert witnesses, exchanging of written reports and supplemental designations of expert witnesses, filing of dispositive motions, and filing of a Joint Notice of Trial Readiness; and

5. All of the foregoing dates shall be calculated from and after the dates extended pursuant to the Court's February 27, 2022 Order, as shown below:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

7

40014\15257017.2

| TASK | EXTENSION | CURRENT DATE PER FEBRUARY 27, 2022 ORDER | NEW DATE[1] |
|---|---|---|---|
| Written Discovery | One-year stay | **2/27/2023** | **2/27/2024** |
| Response to First Amended Complaint, Cross-claims/ Counterclaims | One-year stay + 14 days | **3/13/2023** | **3/13/2024** |
| Non-Expert Discovery Completion | One-year extension from current non-expert discovery completion date | **10/26/2023** | **10/28/2024** |
| Expert Disclosure + reports | 60 days from extended Non-Expert Discovery Completion Date | **12/26/2023** | **12/27/2024** |
| Supplemental Expert Disclosure | 30 days after designation of experts | **1/25/2024** | **1/27/2025** |
| Dispositive Motions (180 days after close of non-expert discovery) | One-year extension | **4/23/2024** | **4/23/2025** |
| Joint Notice of Trial Readiness – to be filed not later than 30 days after last ruling on a dispositive motion | | **TBD based on date of last ruling on a dispositive motion** | **TBD based on date of last ruling on a dispositive motion** |

---

[1] Where the new date as calculated falls on a weekend, the date set forth is the following Monday.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

8

40014\15257017.2

**IT IS SO STIPULATED.**

Dated: February 17, 2023　　　　FARELLA BRAUN + MARTEL LLP

By: /s/ Donald Sobelman
　　Donald Sobelman
　　Christopher Rendall-Jackson

Attorney for Plaintiffs EL MACERO PARTNERS, LLC, a California limited liability company, and FAIR PLAZA II, LTD., a California limited partnership

Dated: February 17, 2023　　　　ABBOTT & KINDERMANN, INC.

By: /s/ Glen C. Hansen (as authorized on 2/16/23)
　　Diane G. Kindermann Henderson
　　Glen C. Hansen

Attorneys for Defendants BYONG HYON SON, MYONG HEE SON and EL MACERO CLEANERS, INC., a California corporation

Dated: February 17, 2023　　　　DOLL AMIR & ELEY LLP

By: /s/ Brett H. Oberst (as authorized on 2/17/23)
　　Brett H. Oberst

Attorneys for Defendant AMERICAN GENERAL LIFE INSURANCE Company, a Texas corporation

Dated: February 17, 2023　　　　HUGO PARKER, LLP

By: /s/ Edward R. Hugo (as authorized on 2/16/23)
　　Edward R. Hugo, Esq.
　　Christina M. Glezakos, Esq.

Attorney for TIG Group, on behalf of Defendant ESTATE OF WILLIAM R. SUTTON, DECEASED, sued herein pursuant to California Probate Code sections 550 through 555

| | | |
|---|---|---|
| Dated: February 17, 2023 | | HEFNER STARK & MAROIS, LLP |
| | By: | /s/ Kenneth R. Stone (as authorized on 2/13/23)<br>Kenneth R. Stone |
| | | Attorneys for DAWNA F. SUTTON, Individually and as General Partner of CAL-WEST SUTTON, a California general partnership; DAWNA F. SUTTON, As Successor Trustee of The Sutton Family Revocable Trust Dated October 6, 1997; DAWNA F. SUTTON, as Trustee of The William R. Sutton Bypass Trust; DAWNA F. SUTTON, as Trustee of The Dawna F. Sutton Survivor's Trust; and TROUBLEFREE, LLC, a California limited liability company |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

10

40014\15257017.2

# ORDER

The Court, having received, read, and considered the stipulation of the Parties, and good cause appearing as required by Federal Rules of Civil Procedure, rule 16(b)(4), hereby adopts the stipulation of the Parties in its entirety as its order, as follows:

1. There shall be a one-year extension of the deadlines set forth in this Court's February 27, 2022 Order in this matter of all non-expert written discovery, including interrogatories, requests for admission and, except as set forth hereinbelow in Paragraph 2, document requests; all Party depositions; all expert witness discovery, including expert witness disclosure, exchange of reports and the taking of expert depositions;

2. During the above-described one-year extension period, the Parties shall have the ability to subpoena third-party documents;

3. There shall be a one-year extension of the date for responding to the FAC, including bringing cross-claims and/or counterclaims by all Parties, and any responses, cross-claims, and/or counterclaims shall be served and filed within 14 days following the expiration of the one-year extension period;

4. There shall be a one-year extension of the current date for completion of all non-expert discovery, which date is currently calculated as October 26, 2023. This extension shall have the effect of also extending all other dates in the Court's February 27, 2022 Order, including, but not limited to, designation of expert witnesses, exchanging of written reports and supplemental designations of expert witnesses, filing of dispositive motions, and filing of a Joint Notice of Trial Readiness; and

5. All of the foregoing dates shall be calculated from and after the dates previously extended pursuant to the Court's February 27, 2022 Order, as shown below:

/ / /

/ / /

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

11

40014\15257017.2

| TASK | EXTENSION | CURRENT DATE PER FEBRUARY 27, 2022 ORDER | NEW DATE[1] |
|---|---|---|---|
| Written Discovery | One-year stay | **2/27/2023** | **2/27/2024** |
| Response to First Amended Complaint, Cross-claims/ Counterclaims | One-year stay + 14 days | **3/13/2023** | **3/13/2024** |
| Non-Expert Discovery Completion | One-year extension from current non-expert discovery completion date | **10/26/2023** | **10/28/2024** |
| Expert Disclosure + reports | 60 days from extended Non-Expert Discovery Completion Date | **12/26/2023** | **12/27/2024** |
| Supplemental Expert Disclosure | 30 days after designation of experts | **1/25/2024** | **1/27/2025** |
| Dispositive Motions (180 days after close of non-expert discovery) | One-year extension | **4/23/2024** | **4/23/2025** |
| Joint Notice of Trial Readiness – to be filed not later than 30 days after last ruling on a dispositive motion | | **TBD based on date of last ruling on a dispositive motion** | **TBD based on date of last ruling on a dispositive motion** |

IT IS SO ORDERED.

Dated:  February 27, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Where the new date as calculated falls on a weekend, the date set forth is the following Monday.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND STAY OF DISCOVERY AND TIME FOR FILING ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

40014\15257017.2