1   Donald Sobelman, Esq. (SBN 184028)
    Christopher Rendall-Jackson, Esq. (SBN 288933)
2   FARELLA BRAUN + MARTEL LLP
    One Bush Street, Suite 900
3   San Francisco, California 94104
    Telephone:  (415) 954-4400
4   Facsimile:  (415) 954-4480
    Email: dsobelman@fbm.com
5   Email: crendall-jackson@fbm.com

6   Attorneys for Plaintiffs EL MACERO
    PARTNERS, LLC, a California limited
7   liability company, and FAIR PLAZA II,
    LTD., a California limited partnership
8
    Diane G. Kindermann Henderson, Esq. (SBN 144426)
9   Glen C. Hansen, Esq. (SBN 166923)
    ABBOTT & KINDERMANN, INC.
10  2100 21st Street
    Sacramento, California 95818
11  Telephone:  (916) 456-9595
    Facsimile:  (916) 456-9599
12  Email: dkindermann@aklandlaw.com
    Email: ghansen@aklandlaw.com
13
    Attorneys for Defendants BYONG HYON
14  SON, MYONG HEE SON and EL
    MACERO CLEANERS, INC., a California
15  corporation

16  Gregory L. Doll (SBN 193205)
    Jamie O. Kendall, Esq. (SBN 260231)
17  DOLL AMIR & ELEY LLP
    725 S. Figueroa Street, Suite 3275
18  Los Angeles, CA 90017
    Telephone:  (213) 542-3380
19  Facsimile:  (213) 542-3163
    Email: gdoll@dollamir.com
20  Email: jkendall@dollamir.com

21  Attorneys for Defendant AMERICAN
    GENERAL LIFE INSURANCE Company,
22  a Texas corporation

23  Edward R. Hugo, Esq. (SBN 124839)
    Jimmy S. Ly, Esq. (SBN 240930)
24  HUGO PARKER, LLP
    240 Stockton Street, Floor 8
25  San Francisco, CA 94108-5325
    Telephone:  (415) 808-0300
26  Facsimile:  (415) 808-0333
    Email: ehugo@hugoparker.com
27  Email: jly@hugoparker.com

28  Attorney for TIG Group, on behalf of Defendant

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

40014\16552774.6

1  ESTATE OF WILLIAM R. SUTTON, DECEASED,
   sued herein pursuant to California Probate Code sections
2  550 through 555

3  Kenneth R. Stone, Esq. (SBN 67717)
   HEFNER STARK & MAROIS, LLP
4  2150 River Plaza Drive, Suite 450
   Sacramento, CA 95833
5  Telephone:  (916) 925-6620
   Facsimile:  (916) 925-1127
6  Email:  kstone@hsmlaw.com

7  Attorneys for DAWNA F. SUTTON, Individually and as General Partner of CAL-WEST
   SUTTON, a California general partnership; DAWNA F. SUTTON, As Successor Trustee of The
8  Sutton Family Revocable Trust Dated October 6, 1997; DAWNA F. SUTTON, as Trustee of The
   William R. Sutton Bypass Trust; DAWNA F. SUTTON, as Trustee of The Dawna F. Sutton
9  Survivor's Trust; and TROUBLEFREE, LLC, a California limited liability company

10

11                        UNITED STATES DISTRICT COURT

12                        EASTERN DISTRICT OF CALIFORNIA

13

14  EL MACERO PARTNERS, LLC, et al.,          Case No.: 2:18-cv-01090-MCE-DB

15            Plaintiffs,                     **STIPULATION AND REQUEST FOR
                                             LEAVE OF COURT TO EXTEND THE
16       vs.                                  STAY OF DISCOVERY AND TIME FOR
                                             FILING ANSWERS, CROSS-CLAIMS
17  ESTATE OF WILLIAM R. SUTTON, et al.,      AND/OR COUNTERCLAIMS FOR AN
                                             ADDITIONAL ONE YEAR PERIOD AND
18            Defendants.                     FOR MODIFICATION OF THE COURT'S
                                             FEBRUARY 27, 2023 ORDER; AND
19  _____  ORDER**

20         The Parties hereto, by and through their attorneys of record, hereby stipulate to the

21  following facts in support of a joint request for leave of Court to extend for an additional one year

22  period the deadlines set forth in the Court's February 27, 2023 Order (filed February 28, 2023;

23  ECF No. 58) regarding discovery and time for filing answers, crossclaims and/or counterclaims,

24  and for modification of the Court's February 27, 2023 Order as follows:

25  I.      **STATUS OF THE ACTION**

26         A.      Plaintiffs EL MACERO PARTNERS, LLC, a California limited liability company,

27  and FAIR PLAZA II, LTD., a California limited partnership, filed their Complaint herein on or

28  about April 3, 2018.  Thereafter, on or about August 21, 2018, Plaintiffs filed their First Amended

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND          2                    40014\16552774.6
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

1  Complaint ("FAC"), adding Defendant B.C. TILE II, INC. DBA COTTONWOOD CLEANERS

2  AND EL MACERO CLEANERS ("B.C. Tile II, Inc.");

3      B.      The following Defendants have filed their Answers to Plaintiffs' FAC:

4              1.      DAWNA F. SUTTON; individually and as General Partner of CAL-WEST

5                      SUTTON, a California general partnership; DAWNA F. SUTTON, as

6                      Successor Trustee of The Sutton Family Revocable Trust Dated October 6,

7                      1997; DAWNA F. SUTTON, as Trustee of The William R. Sutton Bypass

8                      Trust; DAWNA F. SUTTON, as Trustee of The Dawna F. Sutton Survivor's

9                      Trust; CAL-WEST SUTTON, a California general partnership, and

10                     TROUBLEFREE, LLC, a California limited liability company (the "Sutton-

11                     Related Defendants"); and

12             2.      BYONG HYON SON and MYONG HEE SON, individually and doing

13                     business as EL MACERO CLEANERS and Defendant EL MACERO

14                     CLEANERS, INC. a California corporation (the "El Macero, Inc.-Related

15                     Defendants");

16     C.      Defendant AMERICAN GENERAL, the alleged successor-in-interest to

17  California-Western States Life Insurance Company, and TIG Group, on behalf of Defendant the

18  ESTATE OF WILLIAM R. SUTTON, Deceased, has yet to file a response to the FAC.  In

19  accordance with the Court's February 27, 2023 Order its response is currently due to be filed on or

20  before March 13, 2024;

21     D.      The following Defendants have had defaults entered against them, as indicated:

22             1.      The default of Defendant CHANG SIK CHOI was entered by the Clerk of the

23                     Court as to the First Amended Complaint on February 28, 2020;

24             2.      The default of Defendant B. C. Tile II, Inc. was entered by the Clerk of the

25                     Court as to the First Amended Complaint on December 4, 2018;

26     E.      Plaintiffs have been unable to locate a personal representative for Defendant

27  ESTATE OF SANG-EUI SIM, DECEASED or insurance carrier(s) for Mr. Sim, but Plaintiffs are

28  continuing in their efforts to do so; and

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

3

40014\16552774.6

F.      Formal discovery to date has been limited to Plaintiffs' service of the Subpoenas (for production of documents) on InterWest Insurance and Nationwide Insurance and the deposition of Bill Williams, an individual formerly employed by the Sutton Defendants as a handyman at the El Macero Shopping Center.

## II.      <u>SHOWING OF GOOD CAUSE</u>

A.      In or about April 2017, Plaintiffs commenced an investigation of PCE contamination at the El Macero Cleaners, which occupies Suites F and G at the El Macero Shopping Center, a commercial shopping center owned by Plaintiffs and located at 417 Mace Boulevard, City of Davis, California (the "Site") and have incurred and will continue to incur response costs related to such investigation and remediation of the contamination.  As is set forth below in greater detail, the investigation and remediation efforts by Plaintiffs' environmental consultants – Risk-Based Decisions, Inc. ("RBDI") and, since the retirement of RBDI's principal in July 2023, Salix, Inc. ("Salix") – have experienced delays.  Based on conversations between RBDI and the lead regulatory oversight agency, the Central Valley Regional Water Quality Control Board ("Water Board"), RBDI and Plaintiffs submitted a request for regulatory site closure (i.e., "no further action" status) on January 31, 2023.  However, the Water Board required additional closure verification sampling.  After additional sampling, and based on further conversations between RBDI and the Water Board, RBDI and Plaintiffs submitted a site closure report on July 7, 2023.  However, the Water Board again required additional sampling.  The Water Board approved a Salix workplan for that additional sampling on December 8, 2023, with the report of findings to be submitted by March 4, 2024.  This timeframe would allow the Water Board to approve site closure in the Second or Third Quarter of 2024, assuming the sampling confirms that no further sampling or remedial work is necessary.

B.      Originally, RBDI projected that, as an interim remedial measure, a Soil Vapor Extraction ("SVE") system consisting of, among other things, three shallow-screened SVE wells (SVE-1a, 2a and 3a) and three deep-screened SVE wells (SVE-1b, 2b and 3b), would be installed and operational by approximately the summer of 2018 and would operate through the summer of 2020.  However, due to an unforeseen delay in obtaining a construction permit from the Yolo

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

4

40014\16552774.6

1    County Air District, the system was not activated until January 2019.

2        C.    From and after the January 2019 start up, the SVE system has not been fully

3    operational.

4            1.    During the First, Third and Fourth Quarters 2019, only shallow SVE wells

5            SVE-1a, SVE-2a, and SVE-3a were operational.  The remaining wells, SVE-1b,

6            SVE-2b and SVE-3b were off due to the rising water table which covered their well

7            screens.  In the Second Quarter 2019 the system was off because water table had

8            risen so much that the system would not operate without excessive water

9            production.  The SVE system was restarted in August 2019 with SVE-1a, SVE-2a

10           and SVE-3a operating and continued with those three wells through the First

11           Quarter of 2020.  The remaining wells, SVE-1b, SVE-2b, and SVE-3b were off due

12           to groundwater flooding their well screens.

13           2.    SVE-1a was turned off at the end of the First Quarter of 2020 as it had only

14           48 $\mu g/m3$ PCE, which is below the current commercial environmental screening

15           level of 67 ug/m3, when tested in January 2020.  With the decrease in water levels

16           during the summer of 2020, SVE-2b and SVE-3b were turned on in July.  In

17           August 2020, all three deep SVE wells (SVE-1b through SVE-3b) were turned on,

18           along with SVE-3a.  These remained on until late December 2020 when water

19           levels again rose, flooding well screens in the deep wells.  SVE-2a and SVE-3a

20           operated from December 2020 until February 2021.

21           3.    The water levels dropped by February 2021, due to a second dry winter in

22           succession.  As a result, SVE-2b and SVE-3b were turned on, SVE-2a was turned

23           off, and the SVE-3a valve was opened slightly.  This system status continued

24           through the Second Quarter of 2021.  SVE-3a and SVE-3b were on for most of the

25           Third Quarter of 2021, with SVE-2b activated late in the quarter.  During the

26           Fourth Quarter of 2021, SVE-3a was partly open and SVE-3b was fully open, and

27           the system was non-operational for eight days due to mechanical problems.

28       D.    In 2020, in light of these challenges with the SVE system, and in an effort to

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND          5
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

40014\16552774.6

expedite completion of the cleanup, RBDI recommended adding additional vapor extraction wells to the SVE system and injecting potassium permanganate into the existing SVE wells in order to break down the PCE near those areas.

E.     In 2021, following further analysis and discussions with the Water Board, RBDI determined that it may be feasible to achieve regulatory site closure without undertaking additional vapor extraction or injections.  As such, RBDI proposed, and the Water Board approved, indoor air sampling at the Site, to assess the current and potential future impact of residual contamination on human health.  That sampling, conducted in September 2021 and December 2021, found that levels of contaminants were either non-detect or below the relevant Human Health Screening Level for Indoor Air, as set by the California Department of Toxic Substances Control.

F.     In 2022, based on further discussions with the Water Board in December 2021, RBDI implemented a plan to address all items identified by the Water Board as necessary to support a request for regulatory site closure.  That plan included:

1.     Completion of an additional round of indoor air sampling, during First Quarter 2022.

2.     Completion of three rounds of SVE system sampling, during First through Third Quarters 2022.

3.     Completion of four rounds of groundwater sampling, during First through Fourth Quarters 2022.

4.     A "rebound" test starting in December 2022.  This involves shutting down the SVE system for four months (through March 2023) and then further sampling indoor air in April 2023, to evaluate whether indoor air contaminant levels are likely to increase if the SVE system were permanently deactivated.

5.     RBDI meeting with the Water Board in October 2022, to discuss the data and the eligibility of the site for regulatory closure.

G.     On January 31, 2023, and pending completion of the April 2023 post-rebound

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND   6
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

40014\16552774.6

indoor air monitoring, RBDI submitted a Site Closure Request to the Water Board.  On March 7, 2023, the Water Board required additional groundwater sampling, as well as additional subslab soil vapor and indoor air sampling after the SVE system was shut off for at least 90 days.  On March 20, 2023, RBDI and Plaintiffs submitted a Closure Verification Sampling Workplan.  On March 23, 2023, the Water Board provided comments by phone – including a request for groundwater, soil vapor, and indoor verification sampling after a four-month shutdown of the SVE system – and, on March 28, 2023, RBDI and Plaintiffs submitted a Revised Closure Verification Sampling Workplan.  That plan included:

1. Collection of grab groundwater samples from multiple depths at one location near the back of the El Macero Cleaners suite, to confirm the very low concentrations of PCE at that location.

2. Collection of six eight-hour time-weighted average samples of indoor air from five locations, to confirm the very low to non-detect concentrations of PCE at those locations.

3. Collection of two seven-day passive sorbent samples of soil vapor immediately below the concrete slab and co-located with two of the indoor air samples, as required by the Water Board for closure verification.

H.   On July 7, 2023, RBDI and Plaintiffs submitted a Site Closure Report to the Water Board.  That Report concluded that PCE concentrations in groundwater, indoor air, and subslab soil vapor were below the applicable regulatory limits, and that current use of the site poses no risk to human health or the environment.  On August 15, 2023, the Water Board required additional soil vapor and indoor air sampling to confirm these conclusions.  On November 12, 2023, after discussions between Salix and the Water Board, Salix and Plaintiffs submitted an Indoor Air and Soil Gas Sampling Workplan that included collection of eight-hour time-weighted average samples from five indoor and one outdoor locations.  On December 8, 2023, the Water Board approved that plan, with the report of findings to be submitted by March 4, 2024.  This timeframe would allow the Water Board to approve site closure in the Second or Third Quarter of 2024, assuming the sampling confirms that no further sampling or remedial work is necessary.

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

7

40014\16552774.6

I.      In view of the much more extended period of delay than the Parties had originally anticipated, the result of which is the absence of meaningful information regarding the extent of Plaintiffs' damages on which to rely for purposes of discussing settlement, much less complete discovery, the Parties hereto have jointly agreed to propose an additional one-year extension of the existing stay.  Such an extension would allow for a reliable determination of total response costs at issue, which would facilitate discussion of the possibility of resolution of this matter through informal means and/or through the services of an independent, third-party mediator, in an effort to preserve judicial resources and avoid incurring further and possibly unnecessary litigation costs.

III.    **STIPULATION**

NOW, THEREFORE, it is hereby stipulated by and between the Parties hereto, by and through their respective counsel, that, subject to the Court's approval:

1.      There shall be a one-year extension of the existing deadlines set forth in the Court's February 27, 2023 Order in this matter of all non-expert written discovery, including interrogatories, requests for admission and, except as set forth herein below in Paragraph 2, document requests; all Party depositions; all expert witness discovery, including expert witness disclosure, exchange of reports and the taking of expert depositions;

2.      During the above-described one-year extension period, the Parties shall have the ability to subpoena third-party documents;

3.      There shall be a one-year extension of the deadline for responding to the FAC, including bringing cross-claims and/or counterclaims by all Parties, and any responses, cross-claims, and/or counterclaims shall be served and filed within 14 days following the expiration of the one-year extension period;

4.      There shall be a one-year extension of the current date for completion of all non-expert discovery, which date is currently calculated as October 28, 2024.  This extension shall have the effect of also extending all other dates in the Court's February 27, 2023 Order, including, but not limited to, designation of expert witnesses, exchanging of written reports and supplemental designations of expert witnesses, filing of dispositive motions, and filing of a Joint Notice of Trial

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

8

40014\16552774.6

Readiness; and

5.      All of the foregoing dates shall be calculated from and after the dates extended pursuant to the Court's February 27, 2023 Order, as shown below:

| TASK | EXTENSION | CURRENT DATE PER FEBRUARY 27, 2023 ORDER | NEW DATE[1] |
|---|---|---|---|
| Written Discovery | One-year stay | **2/27/2024** | **2/27/2025** |
| Response to First Amended Complaint, Cross-claims/ Counterclaims | One-year stay + 14 days | **3/13/2024** | **3/13/2025** |
| Non-Expert Discovery Completion | One-year extension from current non-expert discovery completion date | **10/28/2024** | **10/28/2025** |
| Expert Disclosure + reports | 60 days from extended Non-Expert Discovery Completion Date | **12/27/2024** | **12/29/2025** |
| Supplemental Expert Disclosure | 30 days after designation of experts | **1/27/2025** | **1/27/2026** |
| Dispositive Motions (180 days after close of non-expert discovery) | One-year extension | **4/23/2025** | **4/23/2026** |
| Joint Notice of Trial Readiness – to be filed not later than 30 days after last ruling on a dispositive motion | | **TBD based on date of last ruling on a dispositive motion** | **TBD based on date of last ruling on a dispositive motion** |

---

[1] Where the new date as calculated falls on a weekend, the date set forth is the following Monday.

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

9

40014\16552774.6

1    **IT IS SO STIPULATED.**

2    Dated:  February 1, 2024                   FARELLA BRAUN + MARTEL LLP

3

4                                                By:    /s/ Donald Sobelman
                                                        Donald Sobelman
5                                                       Christopher Rendall-Jackson

6                                                Attorney for Plaintiffs EL MACERO PARTNERS,
7                                                LLC, a California limited liability company, and FAIR
                                                 PLAZA II, LTD., a California limited partnership
8

9    Dated:  February 1, 2024                   ABBOTT & KINDERMANN, INC.

10

11                                               By:    /s/ Glen C. Hansen (as authorized on 1/29/24)
                                                        Diane G. Kindermann Henderson
12                                                      Glen C. Hansen

13                                               Attorneys for Defendants BYONG HYON SON,
                                                 MYONG HEE SON and EL MACERO CLEANERS,
14                                               INC., a California corporation

15

16   Dated:  February 1, 2024                   DOLL AMIR & ELEY LLP

17

18                                               By:    /s/ Jamie O. Kendall (as authorized on 1/31/24)
                                                        Gregory L. Doll
19                                                      Jamie O. Kendall

20                                               Attorneys for Defendant AMERICAN GENERAL LIFE
                                                 INSURANCE Company, a Texas corporation
21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND          10          40014\16552774.6
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

1    Dated:  February 1, 2024                     HUGO PARKER, LLP

2

3                                                 By:    /s/ Jimmy S. Ly (as authorized on 1/29/24)
                                                         Edward R. Hugo, Esq.
4                                                        Jimmy S. Ly, Esq.

5                                                 Attorney for TIG Group, on behalf of Defendant
                                                  ESTATE OF WILLIAM R. SUTTON, DECEASED,
6                                                 sued herein pursuant to California Probate Code
                                                  sections 550 through 555
7

8    Dated:  February 1, 2024                     HEFNER STARK & MAROIS, LLP

9

10                                                By:    /s/ Kenneth R. Stone (as authorized on 1/29/24)
                                                         Kenneth R. Stone
11
                                                  Attorneys for DAWNA F. SUTTON, Individually and
12                                                as General Partner of CAL-WEST SUTTON, a
                                                  California general partnership; DAWNA F. SUTTON,
13                                                As Successor Trustee of The Sutton Family Revocable
                                                  Trust Dated October 6, 1997; DAWNA F. SUTTON, as
14                                                Trustee of The William R. Sutton Bypass Trust;
                                                  DAWNA F. SUTTON, as Trustee of The Dawna F.
15                                                Sutton Survivor's Trust; and TROUBLEFREE, LLC, a
                                                  California limited liability company
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST TO EXTEND           11                        40014\16552774.6
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

## **ORDER**

The Court, having received, read, and considered the stipulation of the Parties, and good cause appearing as required by Federal Rules of Civil Procedure, rule 16(b)(4), hereby adopts the stipulation of the Parties in its entirety as its order, as follows:

1.      There shall be a one-year extension of the deadlines set forth in this Court's February 27, 2023 Order in this matter of all non-expert written discovery, including interrogatories, requests for admission and, except as set forth hereinbelow in Paragraph 2, document requests; all Party depositions; all expert witness discovery, including expert witness disclosure, exchange of reports and the taking of expert depositions;

2.      During the above-described one-year extension period, the Parties shall have the ability to subpoena third-party documents;

3.      There shall be a one-year extension of the deadline for responding to the FAC, including bringing cross-claims and/or counterclaims by all Parties, and any responses, cross-claims, and/or counterclaims shall be served and filed within 14 days following the expiration of the one-year extension period;

4.      There shall be a one-year extension of the current date for completion of all non-expert discovery, which date is currently calculated as October 28, 2024.  This extension shall have the effect of also extending all other dates in the Court's February 27, 2023 Order, including, but not limited to, designation of expert witnesses, exchanging of written reports and supplemental designations of expert witnesses, filing of dispositive motions, and filing of a Joint Notice of Trial Readiness; and

5.      All of the foregoing dates shall be calculated from and after the dates previously extended pursuant to the Court's February 27, 2023 Order, as shown below:

/ / /

/ / /

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB

12

40014\16552774.6

| TASK | EXTENSION | CURRENT DATE PER FEBRUARY 27, 2023 ORDER | NEW DATE[1] |
|---|---|---|---|
| Written Discovery | One-year stay | **2/27/2024** | **2/27/2025** |
| Response to First Amended Complaint, Cross-claims/ Counterclaims | One-year stay + 14 days | **3/13/2024** | **3/13/2025** |
| Non-Expert Discovery Completion | One-year extension from current non-expert discovery completion date | **10/28/2024** | **10/28/2025** |
| Expert Disclosure + reports | 60 days from extended Non-Expert Discovery Completion Date | **12/27/2024** | **12/29/2025** |
| Supplemental Expert Disclosure | 30 days after designation of experts | **1/27/2025** | **1/27/2026** |
| Dispositive Motions (180 days after close of non-expert discovery) | One-year extension | **4/23/2025** | **4/23/2026** |
| Joint Notice of Trial Readiness – to be filed not later than 30 days after last ruling on a dispositive motion | | **TBD based on date of last ruling on a dispositive motion** | **TBD based on date of last ruling on a dispositive motion** |

**IT IS SO ORDERED.**

Dated:  February 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Where the new date as calculated falls on a weekend, the date set forth is the following Monday.

Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND REQUEST TO EXTEND
STAY OF DISCOVERY AND TIME FOR FILING
ANSWERS – Case No.: 2:18-cv-01090-MCE-DB                    40014\16552774.6